UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HERBERT LAVONNE WIGGINS, | § | |
| Movant, | § | |
| | § | |
| v. | § | No. 3:22-cv-326-B (BT) |
| | § | |
| UNITED STATES OF AMERICA | § | |
| Respondent. | § | |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 17, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**SO ORDERED** this 8th day of March, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE